# Exhibit A

| No | Name / Seller Alias | Email Address(es) |
|---|---|---|
| 1 | Dongguan Hongsha Garment Co., Limited | john@ihonsa.com, ihongsha@163.com |
| 2 | Guangzhou Funtoys Co., Ltd. | mascot@hifuntoy.com |
| 3 | Guangzhou Haolike Technology Co., Ltd. | whprinter233@gmail.com |
| 4 | Hantai Tiger Bridge Trade City Innovation Cabinet Business Department | 18700608356@163.com |
| 5 | Jinjiang City Chidian Town Zhangmingcheng Shoes And Hats Business Department | 317297804@qq.com |
| 6 | Karman (Dongguan) Household Products Co., Ltd. | 32535642@qq.com |
| 7 | Shenzhen Duolaimi Apparel Co., Ltd. | jerry@sz-dlm.com |
| 8 | Shenzhen Hengyu Technology Co., Ltd. | vanessa@micoot.com, vanessa@micootgroup.com, Vanessa@navatatech.com |
| 9 | Yangzhou TT Arts Crafts Co., Ltd. | 13012885820@163.com |
| 10 | Yiwu Bunida Garment Co., Ltd. | bonitalai@outlook.com |
| 11 | Yiwu Junhan Trading Co., Ltd. | wqbusiness@yeah.net |
| 12 | Yiwu Longlv Clothing Co., Ltd. | yzm81009080@163.com, 1628558620@qq.com, maigouying@yahoo.com |
| 13 | Yiwu Songchang Jewelry Co., Ltd. | manager@songchangjewelry.com |
| 14 | Yiwu Yiying Garment Co., Ltd. | daisy@yiyingbaby.com, 3508904910@qq.com, yiyingboutique@foxmail.com |
| 15 | A1JIKFB5PFI7KO | qin95847369247069@163.com |
| 16 | A23ET56D86OBFL | m18344685971@163.com |
| 17 | A2TYJUNHTIHO7F | gxanvuugodeq@hotmail.com |
| 18 | AF22MGF8SLJA6 | 18077583818@163.com |
| 19 | angling8 | tukeshi27187ayt@126.com |
| 20 | AZfromChina | cgqgrwlxsd@163.com |
| 21 | B.FANDONDON04 | babymall_lee@163.com |
| 22 | B.YAMIN14 | xingtang52877@163.com |
| 23 | c.genmai0088-fbm | bpfanliee130@163.com |
| 24 | C.YIRONGJIE003-FBM | odkddnb9@163.com |
| 25 | CHENDIDIANZISHANGWUYOUXIANGONGSI | 13728227780@163.com |
| 26 | Chengdumixiaoqi | 376219952@qq.com |
| 27 | fanxiangyun888 | 13335152687@163.com |
| 28 | FREEBOY-US | pglgoodbay@outlook.com |
| 29 | Gissing Aldrich | z8056t@163.com |
| 30 | DISMISSED | DISMISSED |
| 31 | guangzhouyiguantiyuyongpinyouxiangongsi | 1276950291@qq.com |
| 32 | guohdd | q13131605444@sohu.com |
| 33 | GUOJI1LONG | roucangv74633@163.com |
| 34 | haikouhujiaqimaoyiyouxiangongsi | hujiaqigf@outlook.com |
| 35 | haikoulingbinmingmaoyiyouxiangongsi | linbingminm@outlook.com |
| 36 | HaiKouMeiLan | wangjing20230421@163.com |
| 37 | hechunyue | 19901525877@163.com |

| 38 | DISMISSED | DISMISSED |
| --- | --- | --- |
| 39 | hongshanquzhizhoubaihuodian | liuchunyu010063@163.com |
| 40 | DISMISSED | DISMISSED |
| 41 | KunMingChengShengYiBaiHuoShangHang | qieyou42264@163.com |
| 42 | laohekoushiguidibaihuodian | sunyunkuo1997@outlook.com |
| 43 | LI1DONG | dongqieg6315@163.com |
| 44 | LI1XIAODAN | nongkensit6@163.com |
| 45 | liangbaoying2707 | yi71811@126.com |
| 46 | liangwenjiebaihuolingshouchaoshi | liangwenjiebiguo@outlook.com |
| 47 | Lijinxuemaoyi | lijinxue654321@outlook.com |
| 48 | linhequchuangfuhongbaihuoshanghang | liuyongbin145314@163.com |
| 49 | LIUJUNTAO | rangtiaor610@163.com |
| 50 | LiuYangShiYongAnZhenPengYunJiChaoShi | angchengyumj449@163.com |
| 51 | NanYangLinManWangLuoKeJiYouXianZeRenGongSi | weijiechun04668@163.com |
| 52 | natayafushi | rendi056385@163.com |
| 53 | Once Once Once | yano49959@163.com |
| 54 | Optimize your life | 13662592220@163.com |
| 55 | Parnir | hgjh1800@163.com |
| 56 | Pet Store - US | 2371913329@qq.com |
| 57 | PINKBLY | huaqing20030701@outlook.com |
| 58 | QNMCDSH | yongr82628@163.com |
| 59 | QuanYongShengdedian | shuy4049@163.com |
| 60 | shanggujin | yanguan01003980@163.com |
| 61 | shengyaozongshangmao | 18206178327@163.com |
| 62 | sunqing888 | anbangsunqing@163.com |
| 63 | taiyuanpengruidianzishangwuyouxiangongsi | gwm046826@163.com |
| 64 | texngxi | lupanjiong99890160@126.com |
| 65 | Three Foot Cat | a56656320241@163.com |
| 66 | tongliaoshiyingxinshangmaoyouxiangongsi | zhangzhizong063614@163.com |
| 67 | WAHDKSHFPQIOOI | zk13656190028@163.com |
| 68 | wangc0021 | blagovalacht@outlook.com |
| 69 | wangxiaoyu100 | wxyuser123@163.com |
| 70 | wanningliuyichangmaoyiyouxiangongsi | liuyizz@outlook.com |
| 71 | weishijiashangmao | 15317997939@163.com |
| 72 | WESTSTARLOVELY | thithuphuongbui58@gmail.com |
| 73 | WheatAUT | cl215366@163.com |
| 74 | wuhouqushengxinchangshengshangmaobu | lxjs1028517@163.com |
| 75 | xiaofengjiajufushi | yvecr455fiqu04325@126.com |
| 76 | xiaoxiaokuajing | chenchao01770838@163.com |
| 77 | xihuquxilaibaihuodian | 18705189978@163.com |
| 78 | DISMISSED | DISMISSED |

| | | |
|---|---|---|
| 79 | xuyongqinxiemaoshangdian | x983117883yq@163.com |
| 80 | Y2s1i9R60D5q8u4J | jsjdhajhd1@163.com |
| 81 | DISMISSED | DISMISSED |
| 82 | yichangshiyilinquchengcuriyongpindian(gerenduzi) | bcevrlpa13813@163.com |
| 83 | yifeichongtianshangmaohang | rrd8687@163.com |
| 84 | yongjishibiaoshengwangluokejiyouxiangongsi | zzhaobiao@outlook.com |
| 85 | Yysm | yanyan231101zc@outlook.com |
| 86 | zhaiyuandianzi | chong7345314231@163.com |
| 87 | ZHANG1ZHIFANG | wennianqj97@163.com |
| 88 | ZhangZeYaoAnQingDuiKuaiShangMao | zw874284062cp@163.com |
| 89 | zhihai111 | seridjluggeb@outlook.com |
| 90 | zhoujiebaihuoshanghang | 18871369815@163.com |
| 91 | beautifulangel188 | sc1029257917@126.com |
| 92 | bghfg | 19905330653@163.com |
| 93 | cirik | 97134444@qq.com |
| 94 | egix | ecoming68@126.com |
| 95 | georga | sdsfsgfsg6@outlook.com |
| 96 | goodgoods12345 | goodtime123789@163.com |
| 97 | honest-shops | zz17312167181@163.com |
| 98 | laoye92 | bianzhi88@outlook.com |
| 99 | omqhcg | omqhcg@outlook.com |
| 100 | paddedclothes | 1050022763@qq.com |
| 101 | sts_017 | 1728764500@qq.com |
| 102 | superiorqualityservi | zz17312167181@163.com |
| 103 | veryguarantee | zz17312167181@163.com |
| 104 | Balloon Queen | 253826762@qq.com |
| | | kk-gzzlaw@outlook.com |
| | | Ann@yueshengquanlaw.cn |
| | | settlement@mainleaf-law.com, niu@mainleaf-law.com |
| | | stevenyuan@lawvictor-ip.com |
| | | shelly@cheng-ip.com |
| | | li@bonnielilaw.com |